| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | MICHAEL R. DAVISSON  Bar No. 83278 |
| 2 | CALVIN S. WHANG  Bar No. 215945 |
| | CARMEN J. COLE   Bar No. 218489 |
| 3 | 801 South Figueroa Street, 19th Floor |
| | Los Angeles, California 90017-5556 |
| 4 | michael.davisson@sdma.com |
| | calvin.whang@sdma.com |
| 5 | carmen.cole@sdma.com |
| | Telephone: (213) 426-6900 |
| 6 | Facsimile: (213) 426-6921 |
| 7 | Attorneys for Defendant |
| | LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT |
| 8 | UNION OF NORTHERN CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | LYNDA YOUNG, | CASE NO. CV08-04665 EMC  ARB |
| 12 | Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT UNION OF NORTHERN CALIFORNIA'S TO RESPOND TO PLAINTIFF'S COMPLAINT** ; ORDER |
| 13 | v. | |
| 14 | LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT UNION OF NORTHERN CALIFORNIA, | |
| | Defendant. | |

Pursuant to Northern District Local Rule 6-1(a), plaintiff Lynda Young and defendant Long-Term Disability Plan for Employees of Postal Credit Union of Northern California, by and through their attorneys, hereby stipulate and agree to extend the time for defendant to file a response to plaintiff's complaint, from Monday, November 17, 2008 to Friday, November 21, 2008.

Good cause exists for the extension of time in light of Sedgwick, Detert, Moran & Arnold LLP's very recent retention as counsel for defendant.

In addition to the extension of time for Defendant to respond to the complaint, the parties further stipulate and agree that all defenses to the claims asserted in the complaint shall be preserved.

/ / /

LA/854332v1

-1- CASE NO. CV08-04665 EMC
STIPULATION FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT

IT IS SO AGREED AND STIPULATED.

DATED: November 17, 2008  LEWIS, FEINBERG, LEE, RENAKER & JACKSON

By: /s/ Teresa Renaker
Teresa Renaker, Esq.
Julia Campins, Esq.
Attorney for Plaintiff
LYNDA YOUNG

DATED: November 17, 2008  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Carmen J. Cole
Michael R. Davisson
Calvin S. Whang
Carmen J. Cole
Attorneys for Defendant
LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT UNION OF NORTHERN CALIFORNIA

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

IT IS SO ORDERED
Judge Edward M. Chen