| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | MICHAEL R. DAVISSON  Bar No. 83278 |
| 2 | CALVIN S. WHANG  Bar No. 215945 |
| | CARMEN J. COLE   Bar No. 218489 |
| 3 | 801 South Figueroa Street, 19th Floor |
| | Los Angeles, California 90017-5556 |
| 4 | michael.davisson@sdma.com |
| | calvin.whang@sdma.com |
| 5 | carmen.cole@sdma.com |
| | Telephone: (213) 426-6900 |
| 6 | Facsimile: (213) 426-6921 |
| 7 | Attorneys for Defendant |
| | LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT |
| 8 | UNION OF NORTHERN CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYNDA YOUNG, | | CASE NO. CV08-04665 EMC  ARB |
| Plaintiff, | | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT UNION OF NORTHERN CALIFORNIA'S TO RESPOND TO PLAINTIFF'S COMPLAINT** ; ORDER |
| v. | | |
| LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF POSTAL CREDIT UNION OF NORTHERN CALIFORNIA, | | |
| Defendant. | | |

Pursuant to Northern District Local Rule 6-1(a), plaintiff Lynda Young and defendant Long-Term Disability Plan for Employees of Postal Credit Union of Northern California, by and through their attorneys, hereby stipulate and agree to extend the time for defendant to file a response to plaintiff's complaint, from Monday, November 17, 2008 to Friday, November 21, 2008.

Good cause exists for the extension of time in light of Sedgwick, Detert, Moran & Arnold LLP's very recent retention as counsel for defendant.

In addition to the extension of time for Defendant to respond to the complaint, the parties further stipulate and agree that all defenses to the claims asserted in the complaint shall be preserved.

/ / /

1  IT IS SO AGREED AND STIPULATED.

2  DATED: November 17, 2008   LEWIS, FEINBERG, LEE, RENAKER &
3                             JACKSON

4

5

6                             By: /s/ Teresa Renaker
                                  Teresa Renaker, Esq.
7                                 Julia Campins, Esq.
                                  Attorney for Plaintiff
8                                 LYNDA YOUNG

9
   DATED: November 17, 2008   SEDGWICK, DETERT, MORAN & ARNOLD
10                            LLP

11

12

13                            By: /s/ Carmen J. Cole
                                  Michael R. Davisson
14                                Calvin S. Whang
                                  Carmen J. Cole
15                                Attorneys for Defendant
                                  LONG-TERM DISABILITY PLAN FOR
16                                EMPLOYEES OF POSTAL CREDIT UNION
                                  OF NORTHERN CALIFORNIA
17

18

19  IT IS SO ORDERED:

20

21

22  _____
    Edward M. Chen
23  U.S. Magistrate

24

25

26

27

28

IT IS SO ORDERED
Judge Edward M. Chen

LA/854332v1

-2-   CASE NO. CV08-04665 EMC
STIPULATION FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT